US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 16 2016

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 5:16CR50016-001 |
| | ) | |
| v. | ) | 18 U.S.C. § 1594(c) |
| | ) | 18 U.S.C. § 1591(a) |
| LANCE BRADLEY WILLIAMS | ) | 18 U.S.C. § 1591(b)(2) |
| aka "Crush" | ) | 18 U.S.C. § 1591(c) |
| aka "Lil' Crush" | ) | |

**UNSEALED INDICTMENT**

The Grand Jury Charges:

COUNT ONE

Beginning on an unknown date but at least as early as June 18, 2015, and continuing until on or about July 1, 2015, in the Western District of Arkansas, Fayetteville Division, and elsewhere the Defendant, Lance Bradley Williams aka "Crush" aka "Lil' Crush", and others known and unknown, conspired and agreed with each other to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain and solicit by any means "Jane Doe," a minor, and benefit financially and receive anything of value from participation in a venture that engaged in commercial sex acts involving "Jane Doe," knowing and in reckless disregard of the fact, and having a reasonable opportunity to observe "Jane Doe," that "Jane Doe" had not attained the age of 18 years and that "Jane Doe" would be caused to engage in commercial sex act in violation of 18 U.S.C. §§ 1591(a) & (c), all in violation of 18 U.S.C. §§ 1594(c)

COUNT TWO

On or between June 18, 2015 and July 1, 2015, in the Western District of Arkansas, Fayetteville Division, and elsewhere the Defendant, Lance Bradley Williams aka "Crush" aka

"Lil' Crush", did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain and solicit by any means "Jane Doe," a minor, and benefit financially and receive anything of value from participation in a venture that engaged in commercial sex acts involving "Jane Doe," knowing and in reckless disregard of the fact, and having a reasonable opportunity to observe "Jane Doe," that "Jane Doe" had not attained the age of 18 years and that "Jane Doe" would be caused to engage in commercial sex act; all in violation of 18 U.S.C. §§ 1591(a) & (c).

FORFEITURE ALLEGATION

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1594.

2. Pursuant to Title 18, United States Code, Section 1594, upon conviction of an offense in violation of Title 18, United States Code, Section 1591 and 1594, the Defendant, Lance Bradley Williams, shall forfeit to the United States of America:

a. any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and

b. any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to, the following: a money judgment in the amount of proceeds traceable to said violations.

3. If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

/s/Grand Jury Foreperson
Grand Jury Foreperson

KENNETH ELSER
ACTING UNITED STATES ATTORNEY

By:

Aaron Jennen
Assistant U. S. Attorney
Arkansas Bar No. 2004156
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125
E-mail Aaron.Jennen@usdoj.gov